



UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

UNITED STATES OF AMERICA

v.

EDMUNDO LOPEZ-PORQUILLO

**18 CR 856**

Violation: Title 8, United States Code, Section 1326(a) and (b)(1); and Title 6, United States Code, Section 202(4)

**JUDGE BLAKEY**

**MAGISTRATE JUDGE KIM**

The SPECIAL AUGUST 2017 GRAND JURY charges:

On or about November 1, 2018, at Markham, Illinois, in the Northern District of Illinois, Eastern Division,

EDMUNDO LOPEZ-PORQUILLO,

defendant herein, an alien who previously had been deported and removed from the United States on or about March 12, 2010, April 1, 2010, April 11, 2014, and July 8, 2014, was present and found in the United States without previously having obtained the express consent of the Secretary of the Department of Homeland Security for reapplication by defendant for admission into the United States;

In violation of Title 8, United States Code, Section 1326(a) and Title 6, United States Code, Section 202(4).

A TRUE BILL:

_____
FOREPERSON

_____
UNITED STATES ATTORNEY